**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**FREEDOM SCIENTIFIC, INC,**
**a Delaware Corporation,**

      **Plaintiff,**

**vs.**                               **Case No. _____**

**AUMED, INC.,**
**a California Corporation,**

**and AUMED GROUP CORP.,**
**a Foreign corporation,**

      **Defendants.**
_____ /

**<u>COMPLAINT</u>**

Freedom Scientific, Inc., a Delaware corporation ("Freedom Scientific"), sues Defendants Aumed, Inc. and Aumed Group Corp. (collectively "Aumed") and alleges as follows:

**PARTIES**

1.      Freedom Scientific is a Delaware corporation with a principal place of business at 11800 31st Court North, Saint Petersburg, Pinellas County, Florida 33716.

2.      Defendant Aumed, Inc. is a California corporation with a principal place of business at 131 Glenn Way, Unit 5, San Carlos, CA 94070.

3.      Defendant Aumed Group Corp. is a foreign corporation with a principal place of business in 3/F Building D No. 31, Jiaoda Dong Road, Haidian District, Beijing 100044, China.

## JURISDICTION

4.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§1331 & 1338(a).  Further, this Court possesses subject matter jurisdiction over this action insofar as the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States as provided in 28 U.S.C. §1332(a)(1).

7.      This Court has personal jurisdiction over the Defendants pursuant to Fla. Stat. § 48.193(1)(a), (b) and (f) & (2).  Specifically, Defendants have committed a tortious act within the State of Florida by, inter alia, selling or offering to sell a product which infringes upon patents held by Freedom Scientific.

8.      Venue is properly placed in this district and division pursuant to 28 U.S.C. §1391(b), and Local Rule 1.02(c), M.D. Fla. Local Rules.

## BACKGROUND

9.      United States Design Patent No. D624,107, entitled "*Hand Held Multi Position Magnifier Camera*," was duly filed on June 5, 2009, and was issued by the U.S. Patent and Trademark Office on September 21, 2010, naming as assignee Plaintiff, Freedom Scientific, Inc.  A true copy of the '107 Design Patent is attached as **Exhibit A** to this Complaint and incorporated by reference.

10.      The '107 Design Patent currently is, and at all relevant times in the past has been, in full force and effect.

11.      United States Utility Patent No. 8,264,598, entitled "*Multiposition Handheld Electronic Magnifier,*" was duly filed on June 5, 2009, and was issued by the U.S. Patent and Trademark Office on September 11, 2012, naming as assignee Plaintiff, Freedom Scientific, Inc.  A true copy of the '598 Utility Patent is attached as **Exhibit B** to this Complaint and

incorporated by reference.

12.     The '598 Utility Patent currently is, and at all relevant times in the past has been, in full force and effect.

13.     Based on the '107 Design Patent and the '598 Utility Patent, Freedom Scientific developed and sells the RUBY® Handheld Video Magnifier ("RUBY"), a portable handheld video magnifier.

14.     To use the RUBY®, a user places it over an object, and adjusts magnification with the zoom button.  The RUBY® stays flat on the table or can be held over the reading material with the fold-away handle.  The magnified image or text appears in the display window.  Additionally, the RUBY® can be converted into a conventional magnifying glass by flipping out the handle.

15.     The design and use of the RUBY® is depicted in the below images:





16.     Defendants currently sell the "Image" handheld video magnifier ("Image"), which is virtually identical in design and function to the RUBY®.  The design and use of the RUBY® is depicted in the below images:




17.     Defendants have advertised, promoted, marketed, offered to sell and, upon information and belief, sold the Image, which infringes upon the '107 Design Patent and the '598 Utility Patent.

18.     Freedom Scientific has been damaged by Defendants' infringing activities and will be irreparably injured unless such infringing actions are enjoined by this Court.

19.     Freedom Scientific has no adequate remedy at law to prevent such injury.

20.     Given Defendants' clear infringement of Freedom Scientific's intellectual property rights, Freedom Scientific will likely prevail upon the merits of this action.

21.     The balance of the hardships and the public interest require that Defendants immediately cease its infringing activities.

22.     All conditions precedent to Freedom Scientific's maintenance of this action have occurred, have been performed, or have been excused or waived.

23.     Freedom Scientific has retained the law firm of Gray Robinson P.A. to vindicate its rights against Defendants, and Freedom Scientific is obligated to pay its attorneys a reasonable attorneys' fee for their services.

## COUNT I- INFRINGEMENT OF U.S. DESIGN PATENT D624,107

24.     Freedom Scientific incorporates by reference and realleges the allegations of paragraphs 1 through 23 as though fully set forth herein.

25.     Defendants, without authority or consent from Freedom Scientific, are directly infringing the claim of the '107 Design Patent by manufacturing, distributing, offering to sell, importing and/or selling the Image, which misappropriates or colorably imitates the design covered by the claim in the '107 Design Patent.

26.     Defendants' handheld video magnifier would cause an ordinary person to be deceived and/or induced into purchasing the Image supposing it to be the RUBY®.

27.     Defendants' infringing conduct is willful, malicious and in conscious disregard of Freedom Scientific's rights under the '107 Design Patent.

28.     Defendants' activities described above constitute infringement of Freedom Scientific's federally protected patent rights in the '107 Design Patent and violate 35 U.S.C. § 271.

29.     As a result of the acts of Defendant's infringement of the '107 Design Patent, Freedom Scientific has suffered and continues to suffer damages, and Freedom Scientific is entitled to all remedies provided by Chapter 29 of Title 35, United States Code.

30.     Unless temporarily restrained, preliminary and permanently enjoined from infringing the '107 Design Patent, Freedom Scientific will continue to suffer irreparable harm from which it has no adequate remedy at law.

## COUNT II- INFRINGEMENT OF U.S. UTILITY PATENT 8,264,598

31.     Freedom Scientific incorporates by reference and realleges the allegations of paragraphs 1 through 23 as though fully set forth herein.

32.     Defendants, without the authority or consent from Freedom Scientific, are directly infringing the '598 Utility Patent by manufacturing, distributing, offering to sell, importing and/or selling the Image.

33.     Defendants' infringing conduct is willful, malicious and in conscious disregard of Freedom Scientific's rights under the '598 Utility Patent.

34.     As a result of the acts of Defendant's infringement of the '598 Utility Patent, Freedom Scientific has suffered and continues to suffer damages, and Freedom Scientific is entitled to all remedies provided by Chapter 29 of Title 35, United States Code.

35.     Unless temporarily restrained, preliminary and permanently enjoined from infringing the '598 Utility Patent, Freedom Scientific will continue to suffer irreparable harm from which it has no adequate remedy at law.

WHEREFORE, Plaintiff, Freedom Scientific, Inc. a Delaware corporation, prays for relief as follows:

A.     That the Court adjudge that Defendants have infringed on the '107 Design Patent and '598 Utility Patent;

B.     That the Court adjudge that Defendants infringement of the '107 Design Patent and '598 Utility Patent has been willful and deliberate;

C.     That the Court permanently enjoin Defendants from manufacturing, distributing, offering to sell, importing and/or selling the Image;

D.      That the Court award Plaintiff its damages in accordance with 35 U.S.C. § 284, and increase those damages up to three (3) times by reason of the willful and deliberate infringement;

E.      That the Court award Plaintiff the Defendants' total profits realized from the infringement of the '107 Design Patent in accordance with 35 U.S.C. § 289

F.      That the Court award Plaintiff its costs in connection with this action;

G.      That the Court declare the patent infringement claims herein to be an "exceptional" case within the meaning of 35 U.S.C. § 285, and award Plaintiff its reasonable attorney fees, expenses and costs in this action;

H.      That the Court award Plaintiff such other and further relief as the Court may deem to be just and proper.

## DEMAND FOR JURY TRIAL

Freedom Scientific hereby demands a trial by jury on all issues so triable.

Respectfully submitted this 26th day of September of 2013.

/s/Kevin P. Crosby
KEVIN P. CROSBY, ESQ.
Florida Bar No. 654360
GrayRobinson, P.A.
401 E. Las Olas Blvd., Ste. 1000
Ft. Lauderdale, FL 33301
(954)-761-8111
(954)-761-8112

*Attorneys for Plaintiff*

# 4298516 v1

EXHIBIT A


US00D624107S

(12) **United States Design Patent**

Goldenberg

(10) Patent No.: **US D624,107 S**

(45) Date of Patent: ** Sep. 21, 2010

(54) **HAND HELD MULTI POSITION MAGNIFIER CAMERA**

(75) Inventor: **Michael Goldenberg**, Melbourne Beach, FL (US)

(73) Assignee: **Freedom Scientific, Inc.**, St. Peterburg, FL (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/338,154**

(22) Filed: **Jun. 5, 2009**

(51) **LOC (9) Cl.** .................................................. **16-01**

(52) **U.S. Cl.** ................ **D16/211**; D14/138 G; D16/135; D16/200

(58) **Field of Classification Search** ............ D14/138 G; D16/130, 200, 201, 208, 211, 219; 348/63, 348/333.06, 333.07, 373, 376; 359/802; 396/535–541

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D374,227 | S | * 10/1996 | Williams | D14/138 G |
| 7,172,305 | B2 * | 2/2007 | Rodriguez et al. | 359/802 |
| 7,194,290 | B2 * | 3/2007 | Matsunami | 348/373 |
| D543,569 | S | * 5/2007 | Clark et al. | D16/211 |
| 7,495,700 | B2 * | 2/2009 | Watanabe | 348/376 |
| 7,605,862 | B2 * | 10/2009 | Hou | 348/373 |
| 2007/0229989 | A1 * | 10/2007 | Scott et al. | 359/802 |

* cited by examiner

*Primary Examiner*—Adir Aronovich

(74) *Attorney, Agent, or Firm* Michael J. Colitz, III; Gray Robinson, P.A.

(57) **CLAIM**

The ornamental design for a hand held multiple position magnifier camera, as shown and described.

**DESCRIPTION**

FIG. **1** is a front elevational view of a hand held multiple position magnifier camera of the present invention;

FIG. **2** is a rear elevational view of the hand held magnifier camera of the present invention;

FIG. **3** is a side elevational view of the hand held magnifier camera of the present invention;

FIG. **4** is a side elevational view (opposite of that shown in FIG. **3**) of the hand held multiple position magnifier camera of the present invention;

FIG. **5** is a top plan view of the hand held magnifier camera of the present invention;

FIG. **6** is a bottom plan view of the hand held magnifier camera of the present invention;

FIG. **7** is a front prospective view of the hand held magnifier camera of the present invention;

FIG. **8** is a rear prospective view of the hand held magnifier camera of the present invention;

FIG. **9** is a top perspective view of the hand held magnifier camera in its folded orientation;

FIG. **10** is a bottom perspective view of a hand held magnifier camera in its folded orientation;

FIG. **11** is a rear perspective view of the hand held magnifier camera in its partially folded orientation; and,

FIG. **12** is a front perspective view of the hand held magnifier camera in its partially folded orientation.

**1 Claim, 5 Drawing Sheets**



*FIG. 1*





*FIG. 2*



FIG. 3



FIG. 4



FIG. 5

FIG. 6



*FIG. 7*



*FIG. 8*

*FIG. 9*





*FIG. 10*



*FIG. 11*

*FIG. 12*

EXHIBIT B



US008264598B2

(12) **United States Patent** (10) Patent No.: **US 8,264,598 B2**
Rodriguez et al. (45) Date of Patent: **Sep. 11, 2012**

(54) **MULTIPOSITION HANDHELD ELECTRONIC MAGNIFIER**

(75) Inventors: **Carlos M. Rodriguez**, Palm Harbor, FL
(US); **Patrick Murphy**, Riverview, FL
(US); **Waldemar Tunkis**, Palm Harbor,
FL (US); **Todd Conard**, Ruskin, FL
(US); **Michael Goldenberg**, Melbourne,
FL (US); **Jeffrey McDaniel**, Largo, FL
(US)

(73) Assignee: **Freedom Scientific, Inc.**, St. Petersburg,
FL (US)

(*) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 235 days.

(21) Appl. No.: **12/478,993**

(22) Filed: **Jun. 5, 2009**

(65) **Prior Publication Data**

US 2010/0073545 A1 Mar. 25, 2010

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 12/235,182,
filed on Sep. 22, 2008.

(51) Int. Cl.
*H04N 5/225* (2006.01)

(52) U.S. Cl. .................................................. **348/373**

(58) Field of Classification Search .................. 348/373
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,252,067 A | 5/1966 | Derenbecher, Jr. | |
| 3,253,529 A | 5/1966 | Fahlenberg | |
| 3,850,523 A | 11/1974 | Skavnak | |

| | | | |
|---|---|---|---|
| 4,362,806 A | 12/1982 | Whitmore | |
| 4,456,931 A | 6/1984 | Toyoda et al. | |
| 4,799,049 A | 1/1989 | Avila | |
| 5,335,192 A | 8/1994 | Oshiba | |
| 5,633,674 A | 5/1997 | Trulaske et al. | |
| 5,703,661 A | 12/1997 | Wu | |
| 5,717,964 A | 2/1998 | Dowe | |
| 5,739,859 A | 4/1998 | Hattori et al. | |
| 5,748,228 A | 5/1998 | Kobayashi et al. | |
| 5,815,735 A | 9/1998 | Baker | |
| 5,893,651 A | 4/1999 | Sakamoto | |
| D454,146 S | 3/2002 | Mori | |
| 6,636,359 B2 | 10/2003 | Travers et al. | |
| 6,642,505 B1 | 11/2003 | Nakano et al. | |
| D488,440 S | 4/2004 | Senda | |
| 6,767,107 B1 | 7/2004 | Leifer et al. | |
| 6,809,741 B1 | 10/2004 | Bates et al. | |
| D503,944 S | 4/2005 | Adachi et al. | |
| 6,956,616 B2 | 10/2005 | Jung et al. | |
| 6,971,600 B2 | 12/2005 | Cheung | |
| 6,971,700 B2 | 12/2005 | Blanger et al. | |
| 6,977,676 B1 | 12/2005 | Sato et al. | |
| 7,106,357 B2 * | 9/2006 | Fukuda et al. ............. 348/14.02 |
| 7,119,319 B2 | 10/2006 | Noto et al. | |
| 7,170,557 B2 | 1/2007 | Manico et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

EP 1921838 A2 5/2008

(Continued)

*Primary Examiner* — James Hannett
(74) *Attorney, Agent, or Firm* — GrayRobinson, P.A.;
Michael J. Colitz, III

(57) **ABSTRACT**

Disclosed is a magnifier for use by blind or low vision users.
The magnifier includes a camera, such as a CMOS image
sensor, that displays enlarged images upon a screen for easy
viewing. The magnifier further includes a handle that is piv-
otally interconnected to a housing to allow for handheld use in
a variety of different configurations.

**7 Claims, 5 Drawing Sheets**



## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,172,304 | B2 | 2/2007 | Rodriguez et al. |
| 7,172,305 | B2 | 2/2007 | Rodriguez et al. |
| 7,295,244 | B2 | 11/2007 | Manico et al. |
| 7,336,295 | B2 | 2/2008 | Sukenari et al. |
| D614,220 | S | 4/2010 | Goldenberg |
| 8,115,831 | B2 | 2/2012 | Rodriguez et al. |
| 2001/0002850 | A1 | 6/2001 | Slatter |
| 2002/0063791 | A1 | 5/2002 | Waterman et al. |
| 2002/0071047 | A1 | 6/2002 | Strong et al. |
| 2003/0063214 | A1 | 4/2003 | Van Hees |
| 2003/0210340 | A1 | 11/2003 | Frederick Romanowich |
| 2004/0246340 | A1 | 12/2004 | Sukenari et al. |
| 2005/0141099 | A1 | 6/2005 | Bang et al. |
| 2005/0162512 | A1 | 7/2005 | Seakins |
| 2006/0018508 | A1 | 1/2006 | Monk et al. |
| 2006/0034601 | A1 | 2/2006 | Andersson et al. |
| 2006/0158427 | A1 | 7/2006 | Goldenberg et al. |
| 2006/0268569 | A1 | 11/2006 | Rodriguez et al. |
| 2007/0018919 | A1 | 1/2007 | Zavracky et al. |
| 2007/0040907 | A1 | 2/2007 | Kern et al. |
| 2007/0223906 | A1 | 9/2007 | Hanney et al. |
| 2007/0263014 | A1 | 11/2007 | Ketola et al. |
| 2007/0273708 | A1 | 11/2007 | Andreasson et al. |
| 2007/0296845 | A1 | 12/2007 | Watanabe et al. |
| 2008/0165141 | A1 | 7/2008 | Christie |
| 2009/0059038 | A1 | 3/2009 | Seakins et al. |
| 2009/0160996 | A1 | 6/2009 | Yamaoka et al. |
| 2010/0026854 | A1 | 2/2010 | Rodriguez et al. |
| 2010/0026855 | A1 | 2/2010 | Conard et al. |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| GB | 2403370 A | 12/2004 |

* cited by examiner



*FIG. 1*

*FIG. 2*



*FIG. 3*



*FIG. 4*



*FIG. 7*

*FIG. 8*

*FIG. 5*

*FIG. 6*



*FIG. 9*

*FIG. 10*



*FIG. 11*

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# MULTIPOSITION HANDHELD ELECTRONIC MAGNIFIER

## RELATED APPLICATION DATA

This is a continuation-in-part of co-pending application Ser. No. 12/235,182 filed on Sep. 22, 2008 and entitled "Portable Multi Position Magnifier Camera", the contents of which are fully incorporated herein by reference.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates to a magnification device for individuals with low vision. More particularly, the present invention relates to a handheld magnification device that has a variety of discrete configurations.

### 2. Description of the Background Art

The use of electronic magnifiers for low vision users is known in the art. To date, however, these magnifiers have been heavy, bulky, and cumbersome to use. Additionally, many of these magnifiers have only one mode of operation, a mode that requires the user to hold the device at a fixed distance above the object being viewed. Prior art magnifiers also suffer from lack portability, which is problematic for users who may need assistance viewing objects when they are away from a traditional magnifier.

What is needed, then, is a magnifier with multiple configurations and modes of operation, whereby a user can use the magnifier by either holding the device relative to the object or by placing the device upon the object itself. There is an additional need for a magnifier that allows users to interact with the object while it is being magnified. There is also a need in the art for a magnifier that is handheld and easily transportable.

The portable multi position magnifier camera of the present invention is directed at fulfilling these needs.

## SUMMARY OF THE INVENTION

It is therefore one of the objectives of this invention to allow a user to configure a magnifier camera into one of a variety of viewing modes so as to optimize the viewing of different sized objects at differing distances.

It is another objective of this invention to provide a magnifier camera that can either be held in front of an object to be viewed or positioned upon the object to be viewed.

It is yet another objective of this invention to provide a magnifier camera that has hand-held, compact, and readily transportable.

The foregoing has outlined rather broadly the more pertinent and important features of the present invention in order that the detailed description of the invention that follows may be better understood so that the present contribution to the art can be more fully appreciated.

Additional features of the invention will be described hereinafter which form the subject of the claims of the invention. It should be appreciated by those skilled in the art that the conception and the specific embodiment disclosed may be readily utilized as a basis for modifying or designing other structures for carrying out the same purposes of the present invention. It should also be realized by those skilled in the art that such equivalent constructions do not depart from the spirit and scope of the invention as set forth in the appended claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

For a fuller understanding of the nature and objects of the invention, reference should be had to the following detailed description taken in connection with the accompanying drawings in which:

FIG. 1 is front plan view of the magnifier of the present invention.

FIG. 2 is a back plan view of the magnifier of the present invention.

FIG. 3 is a perspective view of the front of the magnifying apparatus.

FIG. 4 is a perspective view of the back of the magnifying apparatus.

FIG. 5 is a side view illustrating the various orientations of the magnifying apparatus.

FIG. 6 is a view of the magnifying apparatus in its first orientation.

FIG. 7 is a view of the magnifying apparatus in its third orientation.

FIG. 8 is a view of the magnifying apparatus in its second orientation.

FIG. 9 is a cross sectional view showing the internal light chamber of the magnifier.

FIG. 10 is a side view of the magnifier illustrating the light being directed to a focal point beneath the housing.

FIG. 11 is a perspective and partially exploded view of the magnifier camera with the battery cover removed.

Similar reference characters refer to similar parts throughout the several views of the drawings.

| PARTS LIST | | | |
|---|---|---|---|
| 20 | Magnifier Device | 52 | LEDs |
| 22 | Housing | 54 | Focal Point |
| 24 | Handle | 56 | Object Being Viewed |
| 26 | Front Face (Housing) | 58 | Front Face (Handle) |
| 28 | Back Face (Housing) | 62 | Back Face (Handle) |
| 32 | Peripheral Edge (Housing) | 64 | Peripheral Edge (Handle) |
| 34 | Sensor | 66 | Aperture (Handle) |
| 36 | Aperture (Housing) | 68 | Light Guides (Handle) |
| 38 | Screen | 72 | Opening (Handle) |
| 42 | Power Button | 74 | Battery Door |
| 44 | Camera Button | 76 | Batteries |
| 46 | Zoom Button | 78 | Light Chamber |
| 48 | Mode Control Button | 82 | Angled Surfaces (Chamber) |
| | | 84 | Battery Compartments |

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The present invention relates to a magnifier device for use by blind or low vision users. The magnifier includes a camera that can display enlarged images of target objects for viewing by the user. The magnifier device further includes a handle that is pivotally interconnected to a housing to thereby allow the device to be configured in a number of different configurations. The various features of the present invention, and the manner in which they interrelate, will be described in greater detail hereinafter.

With reference to FIGS. 1-4, the housing 22 and interconnected handle 24 of the magnifier 20 are illustrated. These components are preferably formed from an impact resistant plastic, such as an acrylonitrile butadiene styrene (ABS) plastic, or an equivalent thereof. Handle 24 and housing 22 are engaged with one another about an axis to thereby permit

rotation of handle 24. As noted more fully hereinafter, magnifier 20 takes on various configurations based upon the angle of handle 24.

Housing 22 is defined by front and back faces (26 and 28, respectively) and an associated peripheral edge 32. With reference to FIG. 2, the camera for use with the magnifier is depicted. In the preferred embodiment, camera is a 3 megapixel CMOS sensor 34. Such sensors are commercially available and those of ordinary skill in the art will appreciate suitable equivalents thereto. With continuing reference to FIG. 2, it is seen that the sensor 34 includes an aperture that is aligned with an aperture 36 on the back face 28 of housing 22. The output from sensor 34 is supplied to a field programmable gate array (FPGA) and an image buffer. Additionally, images captured by sensor 34 can be stored in non-volatile memory to be recalled later by the user. The images can be processed by the imaging method described in commonly owned and copending application entitled "System and Method for Imaging Objects" (app. No. 61/099,185) filed on Sep. 22, 2008. The contents of this co-pending application are fully incorporated herein.

Stored images, or images currently viewed with sensor 34, can be displayed on screen 38. In the depicted embodiment, an LCD screen 38 is employed. Screen 38 is ideally recessed within front face 26 of housing 22. As such, a peripheral edge 32 is inwardly beveled. The LCD screen 38 is a full color video graphics array (VGA) display. Low-voltage differential signaling (LVDS) can be used to interconnect the LCD screen 38 to the FPGA and/or image buffer as noted above. This arrangement ensures a purely digital output on LCD screen 38 and also permits magnifier 20 to be used with an external monitor (not shown). Thus, by way of the LCD screen 38, objects within range of sensor 34 can be selectively displayed and digitally enlarged for the blind or low-vision user.

With reference to FIG. 1, the magnifier controls are illustrated. Controls are included for: power 42, camera/sensor 44, zoom 46, and mode 48. Power button 42 is used to turn the device 20 on and off. Camera button 44 is used to activate sensor 34 and also to take "snap shots" of the object being viewed. Depressing the control the first time activates sensor 34 such that the images within range are displayed on LCD screen 38. Depressing the control again captures the images and stores it in memory for later viewing. Zoom button 46 is used to change the magnification employed by sensor 34. For instance, by cycling zoom button 46, the user can select a suitable magnification level. In the preferred embodiment, magnification between 5× to 15× are possible. Finally, mode control 48 can be used to change the color combinations displayed upon screen 38. For instance, the screen can display objects in various color combinations, such as blue/green, red/yellow, or black/white. These color combinations can be cycled through until the user finds the mode effective output.

Light sources are also mounted to back face 28 of housing 22. In the preferred embodiment, these light sources are light emitting diodes (LEDs) 52. Other light sources, however, such as cold cathode fluorescent lamps (CCFLs) can alternatively be used. With particular reference to FIGS. 9 and 10, it can be seen that LEDS 52 are preferably mounted at an angle relative to the plane of housing 22. The depicted angle is approximately 45°. The back face 28 is raised about the LEDs 52 to thereby shield the LEDs 52 from damage. As illustrated, LEDs 52 are angled such that the emitted light emitting converges on a focal point 54. Preferably, focal point 54 is located at or near the object being viewed 56. LEDs 52 can be selectively illuminated depending upon ambient lighting conditions.

With reference again to FIGS. 1-4, handle 24 of the device 20 is described. Handle 24 is defined by a front face 58, a back face 62, and a peripheral edge 64 therebetween. An aperture 66 and a pair of light guides 68 are formed within back face 62. Additionally, an opening 72 formed is within front face 58 and is positioned such that it is in alignment with aperture 66. As noted in FIG. 11, handle 24 further includes a battery door 74. The edges of battery door 74 are designed to slide into corresponding grooves within the peripheral edges 64 of handle 24. Door 74 serves to enclose batteries 76 that are positioned within handle 24 and which power device 20. In the depicted embodiment, four "AA" batteries 76 are used.

Handle 24 also includes an internal light chamber 78. Chamber 78 is most easily seen in the cross sectional view of FIG. 9. As described more fully hereinafter, light chamber 78 directs light from LEDs 52 to the object being viewed 56. One suitable light chamber is described in commonly owned U.S. Pat. No. 7,172,304 to Rodriguez et. al., the contents of which are fully incorporated herein. Whatever type of light chamber is utilized, it should include angled surfaces that are lightly colored to promote maximum light reflection and diffusion. In the preferred embodiment, light chamber 78 is white and includes angled surfaces 82 that are positioned immediately below light guides 68. With continuing reference to FIG. 4, it is seen that battery compartments 84 are positioned on either side of light chamber 78.

By pivoting handle 24 with respect to housing 22, magnifier 20 can be brought into a number of different orientations. The user can select the desired orientation for optimal viewing. The various magnifier orientations are described below in connection with FIGS. 5-8.

First Orientation

The first orientation of the magnifier 20 is depicted in FIG. 1. This orientation is defined by housing 22 and handle 24 being in alignment with one another. Namely, the angle between housing 22 and handle 24 is 180°, or approximately 180°. This orientation is preferred when magnifier 20 is used to view objects 56 at a distance or when the user otherwise does not need both hands free. In the orientation, the user holds magnifier 20 by grasping handle 24 and pointing sensor 34 at an object 56. The user's free hand can then be used to operate the controls to, for example, zoom in on the object (button 46), or take a snap shot (button 44). In this orientation, objects are viewed through the bottom of housing 22, while handle 24 is used to grasp the device 20.

Second Orientation

The second orientation of the magnifier 20 is depicted in FIG. 8. Here, handle 24 and housing 22 are positioned at an angle of less than 180°. In the depicted embodiment, housing 22 is positioned at a 90° angle relative to handle 24. When so configured, handle 24 can be positioned upon a surface, such as a table, and objects 56 can be placed in front of camera 34. Magnifier 20 can maintain this position because handle 24 is substantially heavier than housing 22 insomuch as handle 24 houses batteries. By positioning the device 20 on a table, the user is free to use both hands, as may be preferred if the object 56 needs to be manipulated in front of camera sensor 34. Thereafter, the user can utilize the controls to zoom in (button 46) and capture desired images (camera button 44).

Third Orientation

FIG. 7 illustrates the third orientation. Here, the back faces (28, 62) of the housing and handle (22, 24) are brought together, such that they are in facing relation to one another. In other words, the angle between housing 22 and handle 24 is 0°, or approximately 0°. This orientation is preferred when magnifier 20 is to be positioned directly over an object 56. This includes resting magnifier 20 directly upon a flat object

56 such as a document. In this configuration, sensor **34** is viewing the object through the aperture **36** in housing **22**, as well as aperture and opening (**66**, **72**) in handle **24**. Furthermore, in the third orientation, the LEDs **52** are brought into registry with light guides **68** in handle **24**. Thus, LEDs **52** direct light through light guides **68**, into light chamber **78**, and out through opening **72**. In this manner, LEDs **52** can effectively illuminate the object being viewed **56**.

The present disclosure includes that contained in the appended claims, as well as that of the foregoing description. Although this invention has been described in its preferred form with a certain degree of particularity, it is understood that the present disclosure of the preferred form has been made only by way of example and that numerous changes in the details of construction and in the combination and arrangement of parts may be resorted to without departing from the spirit and scope of the invention.

Now that the invention has been described,

What is claimed is:

**1**. A handheld electronic magnifier to assist blind or low vision users in viewing objects, the magnifier comprising:

a housing having a front face, a back face, and a peripheral edge therebetween, a camera positioned within the housing, a camera aperture formed within the back face and in alignment with the camera, an LCD screen recessed within the front face, the LCD screen selectively displaying objects viewed by the camera, a series of controls adjacent to the LCD screen, a pair of LEDs positioned upon the back face, the LEDs being angled inwardly towards a focal point;

a handle pivotally connected to the housing, the handle having a front face, a back face, and a peripheral edge therebetween, an aperture and a pair of light guides formed within the back face, an opening formed within the front face, the aperture and opening being in alignment, a battery door within the back face;

a light chamber formed within the handle, the light chamber having a color that promotes light reflection and further including angled surfaces positioned immediately below the light guides, a pair of battery compartments positioned adjacent to the light chamber, whereby the battery door can be removed to gain access to the battery compartments;

the magnifier having a first orientation wherein the housing and handle are in alignment, such that the handle can be held by the user to position the camera at a distance from the object being viewed, the magnifier having a second orientation wherein the handle and housing are angularly related, such that the handle can be positioned upon a surface and objects can be placed in front of the camera, the magnifier having a third orientation wherein the

back faces of the housing and handle are brought together, such that the handle can be positioned over top of the object being viewed;

whereby the third orientation permits the camera to view objects through the apertures and the opening, and directs light from the LEDs, through the light guides, into the light chamber, and out through the opening to thereby illuminate the object being viewed.

**2**. A handheld magnifier to assist blind or low vision users in viewing objects, the magnifier comprising:

a housing having a front face, a back face, and a peripheral edge therebetween, a camera positioned within the housing, a camera aperture formed within the back face and in alignment with the camera, a light source positioned adjacent the camera aperture, a screen positioned within the front face, the screen selectively displaying objects viewed by the camera;

a handle pivotally connected to the housing, the handle having a front face, a back face, and a peripheral edge therebetween, an opening and a light guide formed in the handle;

a light chamber formed within the handle;

the magnifier having a first orientation wherein the housing and handle are in alignment, such that the handle can be held by the user to position the camera at a distance from the object being viewed, the magnifier having a second orientation wherein the handle and housing are angularly related, such that the handle can be positioned upon a surface and objects can be placed in front of the camera, the magnifier having a third orientation wherein the back faces of the housing and handle are brought together, such that the handle can be positioned over top of the object being viewed;

whereby the third orientation permits the camera to view objects through the camera aperture and handle opening, and whereby light from the light source is direct into the light guide and into the light chamber to thereby illuminate the object being viewed.

**3**. The magnifier as described in claim **2** wherein the light source is a pair of LEDs.

**4**. The magnifier as described in claim **2** wherein the light source is angled.

**5**. The magnifier as described in claim **2** wherein the handle houses a battery compartment.

**6**. The magnifier as described in claim **2** wherein the light chamber is formed from a light reflective material.

**7**. The magnifier as described in claim **2** wherein the light chamber includes an angled surface that is positioned immediately below the light guide when in the third orientation.

* * * * *