UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FREEDOM SCIENTIFIC, INC., a
Delaware Corporation,

    Plaintiff,

v.

AUMED, INC., a California Corporation
and AUMED GROUP CORP., a Foreign
Corporation,

    Defendants.

Case No: 8:13-cv-2495-T-35MAP

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Agreed Motion for Permanent Injunction (Dkt. 16) filed by Plaintiff, Freedom Scientific, Inc. ("Freedom Scientific").

A declaration from a director of Defendants, Aumed Group Corporation and Aumed, Inc, (collectively "Aumed"), was filed along with the motion. (Dkt. 16-2) The declaration explains that Freedom Scientific had previously initiated an investigation against Aumed before the US. International Trade Commission alleging infringement of the same two patents as at issue here, and Aumed resolved that investigation by agreeing to no longer import the accused infringing products. (Id. at ¶ 3) The declaration explains further that Aumed now desires to resolve this matter without incurring additional legal fees, and to that end it "has elected to not retain counsel in this matter." (Id. at ¶ 5) Rather, the director asserts that he has "communicated with Freedom Scientific's attorneys about resolution of the case and was informed that Freedom Scientific's

attorneys represent Freedom Scientific only, that they do not represent Aumed, and that Aumed should consider consulting its own counsel.  Aumed has elected to not retain its own counsel, however." (Id.)  Nonetheless, as "part of an agreement to resolve this matter without further expense, Aumed has agreed to entry of the Consent Judgment that is attached hereto as Exhibit A."  (Id. at ¶ 6)

Upon review and consideration, the Court enters the parties' proposed Consent Permanent Injunction.  Accordingly, it is hereby **ORDERED** that the Agreed Motion (Dkt. 16) is **GRANTED.**  The agreed Permanent Injunction, reproduced below, is **APPROVED** by the Court.  The **CLERK** is directed to terminate any pending motions and **CLOSE** this case.

## CONSENT PERMANENT INJUNCTION

**THIS** Matter comes before the Court upon agreement of the parties, requesting that a final decree, as to the matters set forth below, be entered as follows:

### BACKGROUND

1. This action arises under the patent laws of the United States, Title 35 of the United States Code.

2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1338(a).

3. Venue in this Court is proper.

4. Plaintiff Freedom Scientific, Inc. ("Freedom") is the owner of United States. Design Patent No. D624,107 (the "'107 Patent") and United States Patent No. 8,264,598 (the "'598 Patent") (collectively, the "Patents-in-Suit") and Freedom has the right to sue on each of the Patents-in-Suit.

5. The '107 Patent is valid and enforceable.

6. Defendants Aumed, Inc. and Aumed Group Corp. (collectively "Defendants") have infringed the '107 Patent by importing, using, offering to sell, and/or selling within the United States Aumed's "Image" magnifier.

7. The '598 Patent is valid and enforceable.

8. Defendants have infringed the '598 Patent by importing, using, offering to sell, and/or selling within the United States Aumed's "Image" magnifier.

9. The Defendants did not act willfully in infringing the '107 Patent or the '598 Patent.

**NOW THEREFORE, IT IS ORDERED AND ADJUDGED AS FOLLOWS**

10. Defendants are permanently enjoined from further infringement of the Patents-in-Suit, including by importing into the United States, or making, using, selling, or offering for sale in the United States, the "Image" magnifier (or any merely colorable variant thereof), and from inducing or contributing to others' infringement of the Patents-in-Suit by performing any of these actions, without Freedom's prior written authorization.

11. The parties and their officers, agents, servants, employees and attorneys, and all those in active concert or participation with any of them who receive actual notice of this Order by personal service or otherwise, as well as all successors and assigns of the parties, are bound hereby.

12. This Court shall retain jurisdiction over the subject matter and parties to construe, enforce, and implement this Permanent Injunction, upon application of either party. All notices in connection with this Permanent Injunction shall be deemed sufficient to each party when served by certified mail, return receipt requested, by overnight courier, or by email, at the addresses indicated below or at such other place as a party may indicate in writing to the other party.

13. The parties waive their right to an appeal or otherwise contest this Permanent Injunction.

14. Each party shall bear its own fees and costs.

**DONE** and **ORDERED** in Tampa, Florida, this 24th day of November, 2014.

*/s/ Mary S. Scriven*
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person

**CONSENTED TO:**

FREEDOM SCIENTIFIC, INC.

_____
Kevin P. Crosby (FBN 654360)
GrayRobinson, PA
Suite 1850
401 E Las Olas Blvd
Ft Lauderdale, FL 33301
954-761-8111
Fax: 954-761-8112
Email: kevin.crosby@gray-robinson.com

*Attorneys for Plaintiff*

AUMED, INC.

_____
By:
Title: Director

AUMED GROUP CORP.

_____
By:
Title: Director

4